**Opinion filed September 17, 2015**



In The

# Eleventh Court of Appeals

_____

## No. 11-14-00304-CR

_____

## CARL EDWARD DUHAMEL, Appellant
## V.
## THE STATE OF TEXAS, Appellee

**On Appeal from the 104th District Court**
**Taylor County, Texas**
**Trial Court Cause No. 18774B**

## MEMORANDUM OPINION

Carl Edward Duhamel, Appellant, has filed a motion to dismiss his appeal. In the motion, Appellant requests that this court "withdraw [his] notice of appeal and dismiss this appeal." The motion is signed by both Appellant and his counsel in accordance with TEX. R. APP. P. 42.2.

The motion is granted, and the appeal is dismissed.


September 17, 2015                                              PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.